# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| SEAN MICHAEL MCGREGOR, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:10-CV-0136-RWS |
| CEO JOHN G. STUMPF, | : |
| PRESIDENT DENNIS P. | : |
| LOCKHART | : |
| OF FEDERAL RESERVE BANK | : |
| OF ATLANTA, JOHN AND | : |
| JANE DOES (1 to 25), and | : |
| WELLS FARGO BANK, N.A., | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Non-Final Report and Recommendation [24] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motion to Dismiss filed by Defendants Wells Fargo Bank, N.A. and John G. Stumpf [5] is hereby **GRANTED**, and Plaintiff's claims against those Defendants are **DISMISSED**.

AO 72A
(Rev.8/82)

It is further **ORDERED** that Plaintiff's claims against John and Jane Does (1 to 25) be **DISMISSED**.

    **SO ORDERED**, this   16th   day of February, 2011.

                                          _/s/ Richard W. Story_
                                          RICHARD W. STORY
                                          UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)